No. 79–1481. UNITED STATES v. DICKINSON ET AL. C. A. 2d Cir. Motions of respondents Dickinson and Montanino for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Salvucci, ante,* p. 83.

No. 79–1677. CALIFORNIA v. VELASQUEZ. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Adams* v. *Texas, ante,* p. 38.

No. 79–5026. WILLIAMSON v. ALABAMA;

No. 79–5301. WILSON v. ALABAMA;

No. 79–5458. HORSLEY v. ALABAMA;

No. 79–5525. CADE v. ALABAMA;

No. 79–5563. BALDWIN v. ALABAMA;

No. 79–5709. THOMAS v. ALABAMA;

No. 79–5741. RITTER v. ALABAMA; and

No. 79–5835. MACK v. ALABAMA. Sup. Ct. Ala. Motions of petitioners for leave to proceed *in forma pauperis* and certiorari granted. Judgments vacated and cases remanded for further consideration in light of *Beck* v. *Alabama,* 447 U. S. 625 (1980). Reported below: No. 79–5026, 370 So. 2d 1066; No. 79–5301, 371 So. 2d 943; No. 79–5458, 374 So. 2d 375; No. 79–5525, 375 So. 2d 828; No. 79–5563, 372 So. 2d 32; No. 79–5709, 373 So. 2d 1167; No. 79–5741, 375 So. 2d 270; No. 79–5835, 375 So. 2d 504.

No. 79–5804. BURROUGHS v. GEORGIA. Sup. Ct. Ga. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Illinois* v. *Vitale,* 447 U. S. 410 (1980).